**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GLOBAL FINANCE CORPORATION, an Illinois corporation qualified to do business in Nevada,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STA DEVELOPMENT, LLC, a California limited liability company, *et al.*,<br><br>　　　　　　Defendants. | Case No.  2:11-cv-01844-GMN-GWF<br><br>**ORDER** |

　　　This matter is before the Court on Defendant's failure to file a Statement in Removal.  The Minutes of the Court (#2) dated November 16, 2011, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order.  To date, Defendant has not complied.  Accordingly,

　　　**IT IS ORDERED** counsel for Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#2) no later than **December 22, 2011**.  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

　　　DATED this 12th day of December, 2011.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge