MARK FERRARIO, ESQ.
Nevada Bar No. 1625
G. LANCE COBURN, ESQ.
Nevada Bar No. 6604
F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 6559
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
ferrariom@gtlaw.com
coburnl@gtlaw.com
austinc@gtlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GLOBAL FINANCE CORPORATION, an Illinois corporation qualified to do business in Nevada,<br><br>Plaintiff,<br><br>v.<br><br>STA DEVELOPMENT, LLC, a California limited liability company; SOLARHYBRID A.G., a German corporate entity; SOLARHYBRID USA LLC, a Delaware limited liability company; SOLARHYBRID OF AMERICA, INC., a California corporation; SOLAR TRUST OF AMERICA, LLC, a Delaware limited liability company; SOLAR MILLENNIUM AG, a German corporate entity; and DOES I THROUGH X, inclusive,<br><br>Defendants. | **Case No.: 2:11-cv-01844**<br>**Judge Gloria M. Navarro**<br><br>**STIPULATION AND ORDER CONTINUING THE TEMPORARY RESTRAINING ORDER** |

Plaintiff, Global Finance Corporation ("GFC"), and Defendants STA Development, LLC ("STAD"), Solar Trust of America, LLC, Solarhybrid USA LLC, and Solarhybrid of America, Inc. (collectively "Defendants"), submit this Stipulation and Order to continue and extend the Temporary Restraining Order entered on November 14, 2011 (Doc. #7), until further order of this Court.

IT IS THEREFORE STIPULATED, ORDERED, ADJUDGED AND DECREED that the Temporary Restraining Order entered on November 14, 2011 (Doc. #7) is hereby continued and all injunctions, obligations, and orders set forth in such order shall remain in effect until further order of

this Court;

IT IS FURTHER ORDERED that in the event Defendant(s) moves to dissolve the Temporary Retraining Order entered on November 14, 2011 (Doc. #7), Defendant(s) shall provide Plaintiffs with not less than 10 days' notice of said motion; and

IT IS FURTHER ORDERED that the hearing set for 9:00 a.m. on December 15, 2011 is hereby **VACATED, to be reset at the Court's discretion.**

| | |
|---|---|
| DATED this 14th day of December 2011. | DATED this 14th day of December 2011. |
| GREENBERG TAURIG, LLP | KAEMPFER CROWELL RENSHAW GRONAUER & FIORENTINO |
| By: /s/ G. Lance Coburn<br>Mark Ferrario, Esq. (Bar No. 1625)<br>G. Lance Coburn, Esq. (Bar No. 6604)<br>F. Christopher Austin, Esq.<br>    (Bar No. 6559)<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, Nevada 89169 | By: /s/ James E. Smyth<br>James E. Smyth II (Bar No. 6506)<br>Kaempfer Crowell Renshaw<br>Gronauer & Fiorentino<br>8345 West Sunset Road, Suite 250<br>Las Vegas, Nevada 89113<br><br>*Counsel for Defendant STA Development LLC and for Defendant Solar Trust of America, LLC* |

DATED this 14th day of December 2011

JONES VARGAS

By: /s/ Wayne O. Klomp
    Wayne O. Klomp, Esq. (Bar No. 10109)
    300 E. Second Street
    15th Floor
    Reno, Nevada 89501

*Counsel for Solarhybrid USA, LLC and Solarhybrid of America, Inc.*

**IT IS SO ORDERED** this 14th day of December, 2011.

_____
Gloria M. Navarro
United States District Judge

CHIDMS1/2968