# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLOBAL FINANCE CORPORATION, an Illinois corporation qualified to do business in Nevada,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>STA DEVELOPMENT, LLC, a California limited liability company, *et al.*,<br><br>　　　　　　　Defendants. | Case No.  2:11-cv-01844-GMN-GWF<br><br>**ORDER** |

　　　　This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated December 22, 2011, required the parties to file a Joint Status Report regarding removed action no later than January 24, 2012. To date the parties have not complied. Accordingly,

　　　　**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **February 9, 2012,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

1  Failure to comply may result in the issuance of an order to show cause why sanctions should not be
2  imposed.
3        DATED this 30th day of January, 2012.

                                              _____  
                                              GEORGE FOLEY, JR.  
                                              United States Magistrate Judge