MARK FERRARIO, ESQ.
Nevada Bar No. 1625
G. LANCE COBURN, ESQ.
Nevada Bar No. 6604
F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 6559
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
*Attorneys for Plaintiff Global Finance Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GLOBAL FINANCE CORPORATION, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STA DEVELOPMENT, LLC, a California limited liability corporation, et al.,<br><br>Defendants. | Case No.: 2:11-cv-01844-GMN-GWF<br><br>**ORDER APPOINTING INTERNATIONAL PROCESS SERVER** |

Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Celeste Ingalls, and her agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in the applicable country, any and all documents to be served in this case.

IT IS SO ORDERED this  14th  day of  March , 2012.

BY THE COURT:

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge