# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLOBAL FINANCE CORPORATION, an Illinois corporation qualified to do business in Nevada,<br><br>    Plaintiff,<br><br>vs.<br><br>STA DEVELOPMENT, LLC, a California limited liability company, *et al.*,<br><br>    Defendants. | Case No.  2:11-cv-01844-GMN-GWF<br><br>**ORDER** |

This matter is before the on Plaintiff's Request/Motion to Modify the Discovery Plan and Scheduling Order (#87), filed March 7, 2012.  Upon review and consideration,

**IT IS HEREBY ORDERED** that Plaintiff's Request/Motion to Modify the Discovery Plan and Scheduling Order (#87) is vacated, without prejudice to request the Court to reinstate the motion, based on the Notices of Bankruptcy of STA Development, LLC and Solar Trust of America, LLC (#115, #116).

**IT IS FURTHER ORDERED** that the parties are to file a joint status report regarding the bankruptcies and the continuing stay of this action on or before **October 7, 2013**.

DATED this 26th day of September, 2013.

                _____
                GEORGE FOLEY, JR.
                United States Magistrate Judge