# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GLOBAL FINANCE CORPORATION, an Illinois corporation qualified to do business in Nevada,

        Plaintiff,

vs.

STA DEVELOPMENT, LLC, a California limited liability company, *et al.*,

        Defendants.

Case No. 2:11-cv-01844-GMN-GWF

**ORDER**

    This matter is before the Court on the Joint Status Report (#131) filed October 7, 2013, wherein the parties advised the Court of the status of the bankruptcies and requesting a continuance of the stay of this action. Accordingly,

    **IT IS ORDERED** counsel for the parties shall file a status report by **May 5, 2014** advising the Court of the status of the bankruptcies.

    DATED this 23rd day of April, 2014.

GEORGE FOLEY, JR.
United States Magistrate Judge